UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HEAR-WEAR TECHNOLOGIES, LLC, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | |
| ) | |
| OTICON, INC.; PHONAK LLC; ) | |
| AMERICAN HEARING SYSTEMS INC., ) | Civil Action No. 07-CV-212-CVE-SAJ |
| D/B/A INTERTON-USA; INTERTON, ) | |
| INC.; INTERTON HORGERATE GMBH; ) | |
| GN HEARING CARE CORPORATION; ) | |
| GN STORE NORD A/S; AND ) | |
| VIVATONE HEARING SYSTEMS LLC., ) | |
| ) | |
| DEFENDANTS. ) | |

## AGREED MOTION TO DISMISS VIVATONE CLAIMS

Plaintiff Hear-Wear Technologies LLC ("Hear-Wear") and Defendant and Counter-Plaintiff Auditory Licensing Company, LLC f/k/a Vivatone Hearing Systems, LLC ("Vivatone") file this Agreed Motion to Dismiss Vivatone Claims and in support thereof would show the Court the following:

Movants have settled all claims asserted by Hear-Wear against Vivatone and all claims asserted by Vivatone against Hear-Wear in this suit.

Accordingly, Movants request that the Court dismiss with prejudice (1) all claims asserted by Hear-Wear against Vivatone and (2) all claims asserted by Vivatone against Hear-Wear.

As to these settled claims, Movants request that all costs be borne by the party incurring same.

Nothing in this motion is intended to affect the claims made by Hear-Wear against the remaining defendants, Oticon, Inc. and the GN/Interton Defendants (American Hearing Systems

Inc. d/b/a Interton-USA, Interton, Inc., Interton Horgerate GmbH, GN Hearing Care Corporation, GN Store Nord A/S).

        Respectfully submitted,

/s/ J. Jeffery Richardson
J. Jeffery Richardson
Texas Bar No. 16864450
Dan D. Davison
Texas Bar No.  05590900

FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201-2784
Telephone:  (214) 855-8000
Facsimile:  (214) 855-8200
Email: jrichardson@fulbright.com
Email: ddavison@fulbright.com

Randall G. Vaughan
Oklahoma Bar No. 11554
PRAY, WALKER, JACKMAN, WILLIAMSON & MARLAR
100 W. 5th Street, #900
Tulsa, OK 74103
Telephone: (918) 581-5500
Facsimile: (918) 581-5599
E-mail:  rgv@praywalker.com

**COUNSEL FOR PLAINTIFF, HEAR-WEAR TECHNOLOGIES LLC**

/s/ Andrew C. Ryan
Andrew C. Ryan, Esq.
CANTOR COLBURN LLP
20 Church Street, 22nd Floor
Hartford, CT 06103
T: 860 286 2929
F: 860 286 0115
aryan@cantorcolburn.com

**COUNSEL FOR DEFENDANT
AUDITORY LICENSING COMPANY, LLC
f/k/a VIVATONE HEARING SYSTEMS, LLC**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 14th day of September, 2009, a true and correct copy of the foregoing document was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

David Brian Abramowitz, dabramowitz@lordbissell.com, docket@lordbissell.com, kholtz@lordbissell.com
Scott Bennett Feder, sfeder@lordbissell.com, kholtz@lordbissell.com

Quentin Reckie Corrie, qrc@bskb.com, mailroom@bskb.com
David Richard Anderson, Jr, dra@bskb.com, mailroom@bskb.com
Michael K Botts, mkb@bskb.com, mailroom@bskb.com

Steven Anthony Broussard, sbroussard@hallestill.com, klegate@hallestill.com, lstone@hallestill.com

David Ryan Cordell, dcordell@cwlaw.com, agilbert@cwlaw.com, cdcopeland@cwlaw.com

Phillip L Free, Jr, freephil@crowedunlevy.com, ecf@crowedunlevy.com, lindsay.skinner@crowedunlevy.com

Gary Scott Peterson, gp@garypeterson.com, karenw@tomlinsonoconnell.com
Randall Vaughan

Michael J. Rye, Andrew C. Ryan of Cantor Colburn LLP

Dan D Davison, ddavison@fulbright.com
J. Jeffery Richardson, jrichardson@fulbright.com
Kirby B Drake, kdrake@fulbright.com

   I hereby certify that on the 14th day of September, 2009, I served the same document by: U.S. Postal Service on the following, who are not registered participants of the ECF system:

   Terrence Patrick Canade
   Locke, Lord (Chicago)
   111 S Wacker Drive
   Chicago, IL  60606-4410

                                        /s/ Andrew C. Ryan_____
                                        Andrew C. Ryan

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HEAR-WEAR TECHNOLOGIES, LLC, )<br>)<br>PLAINTIFF, )<br>)<br>V. )<br>)<br>OTICON, INC.; PHONAK LLC; )<br>AMERICAN HEARING SYSTEMS INC., )<br>D/B/A INTERTON-USA; INTERTON, )<br>INC.; INTERTON HORGERATE GMBH; )<br>GN HEARING CARE CORPORATION; )<br>GN STORE NORD A/S; AND )<br>VIVATONE HEARING SYSTEMS LLC., )<br>)<br>DEFENDANTS. ) | Civil Action No. 07-CV-212-CVE-SAJ |

**ORDER GRANTING MOTION TO DISMISS VIVATONE CLAIMS**

This Court, having considered the Agreed Motion to Dismiss Vivatone Claims, filed jointly by Plaintiff Hear-Wear Technologies LLC ("Hear-Wear") and Defendant and Counter-Plaintiff Auditory Licensing Company, LLC f/k/a Vivatone Hearing Systems, LLC ("Vivatone") finds that the motion should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that all claims asserted by Hear-Wear against Defendant Vivatone are hereby dismissed with prejudice.

**IT IS FURTER ORDERED, ADJUDGED AND DECREED** that all claims asserted by Vivatone against Hear-Wear are hereby dismissed with prejudice.

As to these dismissed claims, all costs shall be borne by the party incurring same.

Nothing in this order is intended to affect the claims made by Hear-Wear against the remaining defendants, Oticon, Inc. and the GN/Interton Defendants (American Hearing Systems Inc. d/b/a Interton-USA, Interton, Inc., Interton Horgerate GmbH, GN Hearing Care Corporation, GN Store Nord A/S).

**DATED** this \_\_\_\_ day of September, 2009.

_____
CLAIRE V. EAGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT